AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAPITAL ONE BANK (USA)
was received by me on *(date)* 5-16-16.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DUSTIN KLINE, who is designated by law to accept service of process on behalf of *(name of organization)* c/o CORPORATION SERVICE Co. R/A @ 1111 E MAIN ST. RICHMOND VA 23219 on *(date)* 5-16-16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5-16-16

X _____
Server's signature

DAVID R. BECK SR - PRIVATE PROCESS SERVER
Printed name and title

Third Party Service
FOXMORE
1236 Mall Dr.
Richmond, VA 23236
804-379-8800

Server's address

Additional information regarding attempted service, etc: